```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 26741
   CURTIS R BLANKENSHIP SR
   THERESA A BLANKENSHIP                        CHAPTER 13

                                                JUDGE: JACQUELINE P COX

              Debtor
   SSN XXX-XX-2256     SSN XXX-XX-9641


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/06/2008 and was not confirmed.

     The case was dismissed without confirmation 12/15/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
SN FUNDING TRUSTE         CURRENT MORTG         .00           .00            .00
SN FUNDING TRUSTE         UNSECURED       NOT FILED           .00            .00
SN FUNDING TRUSTE         MORTGAGE ARRE    39000.00           .00            .00
COOK COUNTY TREASURER     SECURED               .00           .00            .00
COOK COUNTY COLLECTOR     NOTICE ONLY     NOT FILED           .00            .00
VEHICLE ACCEP CORP        SECURED VEHIC     2046.00           .00            .00
VEHICLE ACCEP CORP        UNSECURED       NOT FILED           .00            .00
THOMAS HITCHCOCK & ASSOC  PRIORITY        NOT FILED           .00            .00
ACCOUNT RECOVERY SERVICE  UNSECURED       NOT FILED           .00            .00
ACCT RECOV                UNSECURED       NOT FILED           .00            .00
ACCT RECOV                UNSECURED       NOT FILED           .00            .00
CB USA                    UNSECURED          103.51           .00            .00
CBE GROUP                 UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED         2598.39           .00            .00
COMED                     NOTICE ONLY     NOT FILED           .00            .00
DIVERSIFIED ADJUSTMENT S  UNSECURED       NOT FILED           .00            .00
PREMIER BANKCARD          UNSECURED          435.81           .00            .00
FORD MOTOR CREDIT         UNSECURED         7339.09           .00            .00
MUNSTER RADIOLOGY GROUP   UNSECURED         6173.70           .00            .00
PATIENTS 1ST ER MEDICAL   UNSECURED         1563.00           .00            .00
KOMYATTASSOC              UNSECURED       NOT FILED           .00            .00
MUNSTER RADIOLOGY GROUP   UNSECURED          564.00           .00            .00
KOMYATTASSOC              UNSECURED       NOT FILED           .00            .00
KOMYATTASSOC              UNSECURED       NOT FILED           .00            .00
KOMYATTASSOC              UNSECURED       NOT FILED           .00            .00
KOMYATTASSOC              UNSECURED       NOT FILED           .00            .00
MUNSTER RADIOLOGY GROUP   UNSECURED         1806.25           .00            .00
DRS BHAVSAR & KESHVANI    UNSECURED          261.00           .00            .00
KOMYATTASSOC              UNSECURED       NOT FILED           .00            .00
KOMYATTASSOC              UNSECURED       NOT FILED           .00            .00
MUTUAL HOSPITAL SVC INC   UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         1203.14           .00            .00
PROFESSIONAL COLLECTION   UNSECURED       NOT FILED           .00            .00
VERIZON WIRELESS          UNSECURED       NOT FILED           .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         1448.28           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26741 CURTIS R BLANKENSHIP SR & THERESA A BLANKENSHIP
```

```
NICOLE BLACKENSHIP         NOTICE ONLY    NOT FILED                .00           .00
CAPITAL MANAGEMENT SERVI   UNSECURED      NOT FILED                .00           .00
CARDIOSPECIALIST GROUP     UNSECURED      NOT FILED                .00           .00
SAVE A LOT                 UNSECURED      NOT FILED                .00           .00
COMMUNITY HOSPITAL PATIE   NOTICE ONLY    NOT FILED                .00           .00
COMMUNITY HOSPITAL         UNSECURED      NOT FILED                .00           .00
WOW INTERNET & CABLE SER   UNSECURED      NOT FILED                .00           .00
TERRY SHAVER               UNSECURED      NOT FILED                .00           .00
CHASE MANHATTAN BANK       UNSECURED      NOT FILED                .00           .00
IL DEPT OF HUMAN SERVICE   UNSECURED      NOT FILED                .00           .00
CHASE                      UNSECURED      NOT FILED                .00           .00
MUNSTER RADIOLOGY          UNSECURED      NOT FILED                .00           .00
PAYDAY LOAN                UNSECURED      NOT FILED                .00           .00
IL DEPT OF HUMAN SERVICE   NOTICE ONLY    NOT FILED                .00           .00
DISNEY MOBILES             UNSECURED      NOT FILED                .00           .00
SPRINT                     UNSECURED      NOT FILED                .00           .00
SPRINT                     UNSECURED      NOT FILED                .00           .00
KNS FUNDING INC            UNSECURED      NOT FILED                .00           .00
KNS FUNDING INC            UNSECURED      NOT FILED                .00           .00
UNIVERSAL UNDERWRITERS A   NOTICE ONLY    NOT FILED                .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       1093.95                 .00           .00
SN SERVICING               MORTGAGE NOTI  NOT FILED                .00           .00
ASSET ACCEPTANCE LLC       UNSECURED       3277.35                 .00           .00
CRESCENT RECOVERY LLC      UNSECURED       9879.01                 .00           .00
THOMAS R HITCHCOCK         DEBTOR ATTY    2,858.50                               .00
TOM VAUGHN                 TRUSTEE                                               .00
DEBTOR REFUND              REFUND                                                .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                          ---------------       ---------------
TOTALS                         .00                        .00
```

            PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 26741 CURTIS R BLANKENSHIP SR & THERESA A BLANKENSHIP

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   3
CASE NO. 08 B 26741 CURTIS R BLANKENSHIP SR & THERESA A BLANKENSHIP